UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FEB 0 2 2017
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____

CLIFFORD WAYNE MILLER
Plaintiff/Petitioner

V.

MR. ROMEO ARANUS,
ET AL.
Defendant/Respondent,

APPLICATION TO PROCEED
IN FORMA PAUPERIS

CASE NUMBER: 3:17-cv-00068 -

I, CLIFFORD WAYNE MILLER, declare that I am the (check the appropriate box)

__XX__ Plaintiff
(filing 42 U.S.C. sec. 1983)

_____ Movant
(filing 28 U.S.C. sec. 2255 motion)

_____ Petitioner
(writ of habeas corpus
28 U.S.C. sec. 2254 or 2241)

_____ Other

_____ Defendant/Respondent

in this case. I am unable to prepay the fees of this proceeding or give security because of my poverty. I acknowledge and consent that a portion of any recovery, as directed by the court, shall be paid to the clerk for reimbursement of all fees incurred by me as a result of being granted leave to proceed *in forma pauperis*.

In further support of this application, I answer the following questions:

1. Are you presently employed?   ____ Yes   __XX__ No
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (List gross and net salary.)

   b. If the answer is "no," state the date of last employment and the amount of the salary or wages per month which you received.   MAY 1999
      $800.00 PER MONTH

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment?   ___ Yes   _X_ No
   b. Rent payments, interest or dividends?   ___ Yes   _X_ No
   c. Pensions, annuities or life insurance payments?   ___ Yes   _X_ No
   d. Gifts or inheritances?   _Y_ Yes   ___ No
   e. Any other sources?   ___ Yes   _X_ No

   If the answer to any of the above is "yes," describe each source of money and state the

1

amount received from each during the past twelve months.

GIFTS an INHERITANCES = $6000.00

3. Do you own any cash, or do you have money in checking or savings accounts (include any funds in prison accounts, and any funds on deposit with a bank, saving &loan, etc., outside the prison)?
   _X_ Yes    ___ No

   If the answer is "yes," state the total value and list the location of each account, type of account, and amount or balance in the account. Do not include your account number(s).

   PRISON SAVINGS = $400.00
   SAVINGS - TRUST ACCOUNT - $150,000-

4. Do you own or have any interest in any real estate, stocks, bonds, notes, trusts, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   _X_ Yes    ___ No

   If the answer is "yes," describe the property, its location and state its approximate value.

   SEE #3 ABOVE - SAVINGS - TRUST  $150,000.00

5. List the persons who are dependent upon you for support, state your relationship to those Persons, and indicate how much you contribute toward their support each month.

   NONE

6. Do you receive any income from disability, Social Security or any other pension?
   ___ Yes    _X_ No

   If the answer is "yes," describe the source and amount received each month.

7. Have you placed any property, assets or money in the name or custody of anyone else in the last two years?
   ___ Yes    _X_ No

   If the answer is "yes," give the date, describe the property, assets or money, give the name of the person given custody of the item and the reason for the transfer.

2

# ACKNOWLEDGMENT

I, the undersigned, acknowledge that I have read the foregoing and that the information contained therein is true and correct to my knowledge and belief.

Further, I state that I have not directly or indirectly paid or caused to be paid to any inmate, agent of an inmate, or family member of an inmate a sum of money, favors or anything else for assistance in the preparation of this document or any other document in connection with this action.

Further, I acknowledge that if any of the information included in this motion for leave to proceed *in forma pauperis* is false or misleading, I understand that sanctions may be imposed against me. Those sanctions may include, but are not limited to, the following:

(1) dismissal of my case with prejudice;
(2) imposition of monetary sanctions;
(3) the Nevada Department of Corrections may bring disciplinary proceedings for a violation of MJ-48 of the Code of Penal Discipline, which can include all sanctions authorized under the Code including the loss of good time credits and punitive confinement; and
(4) perjury charges.

Further, I hereby authorize the United States District Court, District of Nevada, or its representative, to investigate my financial status, and authorize any individual, corporation, or governmental entity to release any such information to the said Court or its representative.

Further, I acknowledge and consent that a portion of any recovery, as directed by the court, shall be paid to the clerk for reimbursement of all fees and costs incurred by me as a result of being granted leave to proceed *in forma pauperis*.

Date this 30 day of January, 2017.

_____
(Signature of Applicant)

I understand that a false statement or answer to any question in this declaration will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. sec. 1746 and 18 U.S.C. sec. 1621.

Signed at Warm Springs Correctional Center          _____
(location)                                                                                      (signature)

1-30-17                                                               70907
(Date)                                                                  (Inmate number)

3

<u>1 B 21 C</u>
**HOUSING AND CELL NO.**

## WARM SPRINGS CORRECTIONAL CENTER

**DATE:** _____

**TO:** INMATE SERVICES

**FROM:** WSCC

**SUBJECT:** COURT FINANCIAL CERTIFICATE

---

Inmate Name: <u>CLIFFORD WAYNE MILLER</u> NDOC # <u>70907</u>

has approached the Law Library in reference to filing an action in, Forma Pauperis.

Please be so kind as to execute the attached certificate in **RED** ink, and return it to the Warm Springs Law Library to be returned to the inmate; so it may be filed with the appropriate court.

Thank you for your consideration in this matter.

_____
**Inmate Signature**

_____
Law Library Supervisor

RCVD IBANK'17JAN19

# FINANCIAL CERTIFICATE

I request that an authorized officer of the institution in which I am confined, or other designated entity, such as Inmate Services for the Nevada Department of Corrections (NDOC), complete the below Financial Certificate.

I understand that:

(1) if I commence a petition for writ of habeas corpus in federal court pursuant to 28 U.S.C. sec. 2254, the filing fee is $5.00, and that such fee will have to be paid by me if the current account balance (line#1 below), or the average account balance (line#2 below), or the average deposits to my account (line #3 below) whichever is greater, is $20.00 or more;

(2) if I commence a civil rights action in federal court pursuant to 42 U.S.C. sec. 1983, the filing fee is $350.00, which I must pay in full; and

   (a) if my current account balance (line #1 below) is $350.00 or more, I will not qualify for *in forma pauperis* status and I must pay the full filing fee of $350.00 before I will be allowed to proceed with the action;

   (b) if I do NOT have $350.00 in my account as reflected on line #1 below, before I will be allowed to proceed with an action I will be required to pay 20% of my average monthly balance (line #2 below), or the average monthly deposits to my account (line#3 below), whichever is greater, and thereafter I must pay installments of 20% of the preceding month's deposits to my account in months that my account balance exceeds $10.00 (if I am in the custody of the NDOC, I hereby authorize the NDOC to make such deductions from deposits to my account, and further understand that if I have a prison job, then the 20% of my paycheck that is guaranteed to me as spendable money will be sent to the court for payment of the filing fee); and

   (c) I must continue to make payments until the $350.00 filing fee is fully paid, without regard to whether my action is closed or my release from confinement.

Type of action (check one); __XX__ civil rights _____ habeas corpus

CLIFFORD W. MILLER                              C_____ #70907
INMATE NAME (printed)                            SIGNATURE & NDOC #

-------------------------------------------------------------------

1. CURRENT ACCOUNT BALANCE                       $3269.06

2. AVERAGE MONTHLY BALANCE*                      $3456.14

3. AVERAGE MONTHLY DEPOSITS*                     $403.56

4. FILING FEE (based on #1,#2, or #3, whichever is greater)   $350.00

   *for the past six (6) months, from all sources, including amount in any savings account that is in excess of minimum amount that must be maintained.

-------------------------------------------------------------------

I hereby certify that as of this date, the above financial information is accurate for the above named inmate.

(Please sign in ink in a)
(color other than black)
                                                 Elizabeth Campbell
                                                 AUTHORIZED OFFICER

Jan 19 2017                                      Acct Asst III
DATE                                             TITLE

# Financial Certificates
## 0070907 - MILLER, CLIFFORD W
## (7/20/2016 - 1/19/2017)

| Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| 07/20/2016 | Opening Balance | | | $4,062.58 |
| 07/25/2016 | Commissary | | ($11.60) | $4,050.98 |
| 07/27/2016 | Keefe | $400.00 | | $4,450.98 |
| 07/27/2016 | Commissary | | ($13.58) | $4,437.40 |
| 07/27/2016 | Commissary Refund | $13.58 | | $4,450.98 |
| 07/27/2016 | Trust 2 | | ($13.58) | $4,437.40 |
| 07/29/2016 | Trust 2 | $13.58 | | $4,450.98 |
| 07/29/2016 | Commissary | | ($455.21) | $3,995.77 |
| 08/01/2016 | Commissary | | ($2.75) | $3,993.02 |
| 08/04/2016 | Commissary | | ($7.68) | $3,985.34 |
| 08/05/2016 | Commissary | | ($96.38) | $3,888.96 |
| 08/10/2016 | Commissary | | ($3.96) | $3,885.00 |
| 08/10/2016 | Check Tops | | ($5.00) | $3,880.00 |
| 08/16/2016 | Commissary | | ($16.05) | $3,863.95 |
| 08/19/2016 | Commissary | | ($59.78) | $3,804.17 |
| 08/22/2016 | Commissary | | ($370.00) | $3,434.17 |
| 08/25/2016 | Keefe | $400.00 | | $3,834.17 |
| 08/26/2016 | Commissary | | ($52.59) | $3,781.58 |
| 08/30/2016 | Commissary | | ($5.34) | $3,776.24 |
| 08/30/2016 | Commissary | | ($4.00) | $3,772.24 |
| 09/06/2016 | Commissary | | ($5.40) | $3,766.84 |
| 09/06/2016 | Commissary | | ($19.29) | $3,747.55 |
| 09/12/2016 | Commissary | | ($12.19) | $3,735.36 |
| 09/16/2016 | Commissary | | ($61.93) | $3,673.43 |
| 09/16/2016 | Commissary | | ($24.75) | $3,648.68 |
| 09/19/2016 | Check Tops | | ($95.00) | $3,553.68 |
| 09/23/2016 | Commissary | | ($17.56) | $3,536.12 |
| 09/26/2016 | Check Tops | | ($167.00) | $3,369.12 |
| 09/27/2016 | Keefe | $400.00 | | $3,769.12 |
| 09/27/2016 | Commissary | | ($41.85) | $3,727.27 |
| 09/29/2016 | Commissary | | ($13.43) | $3,713.84 |
| 09/30/2016 | Commissary | | ($328.00) | $3,385.84 |
| 10/03/2016 | Commissary | | ($3.39) | $3,382.45 |
| 10/05/2016 | Commissary Refund | $60.00 | | $3,442.45 |
| 10/05/2016 | Trust 2 | | ($60.00) | $3,382.45 |
| 10/07/2016 | Trust 2 | $2.28 | | $3,384.73 |
| 10/07/2016 | Commissary | | ($2.28) | $3,382.45 |
| 10/10/2016 | Trust 2 | $18.94 | | $3,401.39 |
| 10/10/2016 | Check Tops | | ($18.94) | $3,382.45 |
| 10/14/2016 | Trust 2 | $17.74 | | $3,400.19 |
| 10/14/2016 | Commissary | | ($17.74) | $3,382.45 |
| 10/18/2016 | Trust 2 | $3.75 | | $3,386.20 |
| 10/18/2016 | Commissary | | ($3.75) | $3,382.45 |
| 10/20/2016 | Trust 2 | $17.29 | | $3,399.74 |
| 10/20/2016 | Commissary | | ($160.00) | $3,239.74 |
| 10/21/2016 | Commissary | | ($48.58) | $3,191.16 |

# Financial Certificates
## 0070907 - MILLER, CLIFFORD W

| Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| 10/21/2016 | Check Tops | | ($35.30) | $3,155.86 |
| 10/25/2016 | Commissary | | ($5.90) | $3,149.96 |
| 10/26/2016 | Legal Copies | | ($3.60) | $3,146.36 |
| 10/28/2016 | Keefe | $400.00 | | $3,546.36 |
| 10/31/2016 | Commissary | | ($12.08) | $3,534.28 |
| 10/31/2016 | Commissary | | ($255.67) | $3,278.61 |
| 11/02/2016 | Check Tops | | ($71.00) | $3,207.61 |
| 11/03/2016 | Reimbursement | $4.95 | | $3,212.56 |
| 11/03/2016 | Reimbursement | $16.40 | | $3,228.96 |
| 11/04/2016 | Commissary | | ($9.17) | $3,219.79 |
| 11/07/2016 | Commissary | | ($3.54) | $3,216.25 |
| 11/10/2016 | Commissary | | ($3.70) | $3,212.55 |
| 11/10/2016 | Check Tops | | ($85.60) | $3,126.95 |
| 11/14/2016 | Legal Copies | | ($0.10) | $3,126.85 |
| 11/14/2016 | Legal Copies | | ($3.60) | $3,123.25 |
| 11/15/2016 | Check Tops | $71.00 | | $3,194.25 |
| 11/15/2016 | Check Tops | | ($111.00) | $3,083.25 |
| 11/16/2016 | Commissary | | ($17.00) | $3,066.25 |
| 11/17/2016 | Commissary | | ($2.49) | $3,063.76 |
| 11/18/2016 | Commissary | | ($13.61) | $3,050.15 |
| 11/19/2016 | Keefe | $400.00 | | $3,450.15 |
| 11/19/2016 | Trust 2 | | ($400.00) | $3,050.15 |
| 11/19/2016 | Legal Postage | | ($3.25) | $3,046.90 |
| 11/21/2016 | Trust 2 | $4.80 | | $3,051.70 |
| 11/21/2016 | Commissary | | ($4.80) | $3,046.90 |
| 11/22/2016 | Postage | | ($3.25) | $3,043.65 |
| 11/28/2016 | Trust 2 | $242.50 | | $3,286.15 |
| 11/28/2016 | Commissary | | ($242.50) | $3,043.65 |
| 12/02/2016 | Trust 2 | $5.18 | | $3,048.83 |
| 12/02/2016 | Commissary | | ($5.18) | $3,043.65 |
| 12/06/2016 | Trust 2 | $3.18 | | $3,046.83 |
| 12/06/2016 | Commissary | | ($3.18) | $3,043.65 |
| 12/08/2016 | Trust 2 | $3.91 | | $3,047.56 |
| 12/08/2016 | Commissary | | ($3.91) | $3,043.65 |
| 12/09/2016 | Trust 2 | $46.27 | | $3,089.92 |
| 12/09/2016 | Commissary | | ($46.27) | $3,043.65 |
| 12/12/2016 | Trust 2 | $8.80 | | $3,052.45 |
| 12/12/2016 | Commissary | | ($8.80) | $3,043.65 |
| 12/16/2016 | Trust 2 | $18.26 | | $3,061.91 |
| 12/16/2016 | Commissary | | ($18.26) | $3,043.65 |
| 12/20/2016 | Trust 2 | $8.01 | | $3,051.66 |
| 12/20/2016 | Commissary | | ($8.01) | $3,043.65 |
| 12/22/2016 | Keefe | $400.00 | | $3,443.65 |
| 12/27/2016 | Trust 2 | $59.09 | | $3,502.74 |
| 12/27/2016 | Commissary | | ($61.29) | $3,441.45 |
| 12/27/2016 | Commissary | | ($9.85) | $3,431.60 |
| 01/03/2017 | Commissary | | ($0.86) | $3,430.74 |
| 01/05/2017 | Check Tops | | ($26.49) | $3,404.25 |

# Financial Certificates
## 0070907 - MILLER, CLIFFORD W

| Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| 01/05/2017 | Check Tops | | ($29.99) | $3,374.26 |
| 01/10/2017 | Commissary | | ($7.88) | $3,366.38 |
| 01/10/2017 | Commissary | | ($29.10) | $3,337.28 |
| 01/10/2017 | Commissary | | ($60.22) | $3,277.06 |
| 01/18/2017 | Medical Copay | | ($8.00) | $3,269.06 |
| 01/19/2017 | Closing Balance | | | $3,269.06 |

| Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| 07/20/2016 | Opening Balance | | | $0.00 |
| 07/27/2016 | Trust 2 | $13.58 | | $13.58 |
| 07/29/2016 | Trust 2 | | ($13.58) | $0.00 |
| 10/05/2016 | Trust 2 | $60.00 | | $60.00 |
| 10/07/2016 | Trust 2 | | ($2.28) | $57.72 |
| 10/10/2016 | Trust 2 | | ($18.94) | $38.78 |
| 10/14/2016 | Trust 2 | | ($17.74) | $21.04 |
| 10/18/2016 | Trust 2 | | ($3.75) | $17.29 |
| 10/20/2016 | Trust 2 | | ($17.29) | $0.00 |
| 11/19/2016 | Trust 2 | $400.00 | | $400.00 |
| 11/21/2016 | Trust 2 | | ($4.80) | $395.20 |
| 11/28/2016 | Trust 2 | | ($242.50) | $152.70 |
| 12/02/2016 | Trust 2 | | ($5.18) | $147.52 |
| 12/06/2016 | Trust 2 | | ($3.18) | $144.34 |
| 12/08/2016 | Trust 2 | | ($3.91) | $140.43 |
| 12/09/2016 | Trust 2 | | ($46.27) | $94.16 |
| 12/12/2016 | Trust 2 | | ($8.80) | $85.36 |
| 12/16/2016 | Trust 2 | | ($18.26) | $67.10 |
| 12/20/2016 | Trust 2 | | ($8.01) | $59.09 |
| 12/27/2016 | Trust 2 | | ($59.09) | $0.00 |
| 01/19/2017 | Closing Balance | | | $0.00 |

| Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| | No Activity | | | |
| 07/20/2016 | Opening Balance | | | $0.00 |
| 01/19/2017 | Closing Balance | | | $0.00 |

| Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| | No Activity | | | |
| 07/20/2016 | Opening Balance | | | $400.00 |
| 01/19/2017 | Closing Balance | | | $400.00 |

# Financial Certificates

## 0070907 - MILLER, CLIFFORD W

| Date | Daily Balance | Daily Deposit | Number Of Deposit |
|---|---|---|---|
| 07/20/2016 | $4,062.58 | $0.00 | 0 |
| 07/21/2016 | $4,062.58 | $0.00 | 0 |
| 07/22/2016 | $4,062.58 | $0.00 | 0 |
| 07/23/2016 | $4,062.58 | $0.00 | 0 |
| 07/24/2016 | $4,062.58 | $0.00 | 0 |
| 07/25/2016 | $4,050.98 | $0.00 | 0 |
| 07/26/2016 | $4,050.98 | $0.00 | 0 |
| 07/27/2016 | $4,437.40 | $400.00 | 1 |
| 07/28/2016 | $4,437.40 | $0.00 | 0 |
| 07/29/2016 | $3,995.77 | $0.00 | 0 |
| 07/30/2016 | $3,995.77 | $0.00 | 0 |
| 07/31/2016 | $3,995.77 | $0.00 | 0 |
| 08/01/2016 | $3,993.02 | $0.00 | 0 |
| 08/02/2016 | $3,993.02 | $0.00 | 0 |
| 08/03/2016 | $3,993.02 | $0.00 | 0 |
| 08/04/2016 | $3,985.34 | $0.00 | 0 |
| 08/05/2016 | $3,888.96 | $0.00 | 0 |
| 08/06/2016 | $3,888.96 | $0.00 | 0 |
| 08/07/2016 | $3,888.96 | $0.00 | 0 |
| 08/08/2016 | $3,888.96 | $0.00 | 0 |
| 08/09/2016 | $3,888.96 | $0.00 | 0 |
| 08/10/2016 | $3,880.00 | $0.00 | 0 |
| 08/11/2016 | $3,880.00 | $0.00 | 0 |
| 08/12/2016 | $3,880.00 | $0.00 | 0 |
| 08/13/2016 | $3,880.00 | $0.00 | 0 |
| 08/14/2016 | $3,880.00 | $0.00 | 0 |
| 08/15/2016 | $3,880.00 | $0.00 | 0 |
| 08/16/2016 | $3,863.95 | $0.00 | 0 |
| 08/17/2016 | $3,863.95 | $0.00 | 0 |
| 08/18/2016 | $3,863.95 | $0.00 | 0 |
| 08/19/2016 | $3,804.17 | $0.00 | 0 |
| 08/20/2016 | $3,804.17 | $0.00 | 0 |
| 08/21/2016 | $3,804.17 | $0.00 | 0 |
| 08/22/2016 | $3,434.17 | $0.00 | 0 |
| 08/23/2016 | $3,434.17 | $0.00 | 0 |
| 08/24/2016 | $3,434.17 | $0.00 | 0 |
| 08/25/2016 | $3,834.17 | $400.00 | 1 |
| 08/26/2016 | $3,781.58 | $0.00 | 0 |
| 08/27/2016 | $3,781.58 | $0.00 | 0 |
| 08/28/2016 | $3,781.58 | $0.00 | 0 |
| 08/29/2016 | $3,781.58 | $0.00 | 0 |
| 08/30/2016 | $3,772.24 | $0.00 | 0 |
| 08/31/2016 | $3,772.24 | $0.00 | 0 |
| 09/01/2016 | $3,772.24 | $0.00 | 0 |
| 09/02/2016 | $3,772.24 | $0.00 | 0 |
| 09/03/2016 | $3,772.24 | $0.00 | 0 |
| 09/04/2016 | $3,772.24 | $0.00 | 0 |
| 09/05/2016 | $3,772.24 | $0.00 | 0 |
| 09/06/2016 | $3,747.55 | $0.00 | 0 |

# Financial Certificates

## 0070907 - MILLER, CLIFFORD W

| Date | Daily Balance | Daily Deposit | Number Of Deposit |
|---|---|---|---|
| 09/07/2016 | $3,747.55 | $0.00 | 0 |
| 09/08/2016 | $3,747.55 | $0.00 | 0 |
| 09/09/2016 | $3,747.55 | $0.00 | 0 |
| 09/10/2016 | $3,747.55 | $0.00 | 0 |
| 09/11/2016 | $3,747.55 | $0.00 | 0 |
| 09/12/2016 | $3,735.36 | $0.00 | 0 |
| 09/13/2016 | $3,735.36 | $0.00 | 0 |
| 09/14/2016 | $3,735.36 | $0.00 | 0 |
| 09/15/2016 | $3,735.36 | $0.00 | 0 |
| 09/16/2016 | $3,648.68 | $0.00 | 0 |
| 09/17/2016 | $3,648.68 | $0.00 | 0 |
| 09/18/2016 | $3,648.68 | $0.00 | 0 |
| 09/19/2016 | $3,553.68 | $0.00 | 0 |
| 09/20/2016 | $3,553.68 | $0.00 | 0 |
| 09/21/2016 | $3,553.68 | $0.00 | 0 |
| 09/22/2016 | $3,553.68 | $0.00 | 0 |
| 09/23/2016 | $3,536.12 | $0.00 | 0 |
| 09/24/2016 | $3,536.12 | $0.00 | 0 |
| 09/25/2016 | $3,536.12 | $0.00 | 0 |
| 09/26/2016 | $3,369.12 | $0.00 | 0 |
| 09/27/2016 | $3,727.27 | $400.00 | 1 |
| 09/28/2016 | $3,727.27 | $0.00 | 0 |
| 09/29/2016 | $3,713.84 | $0.00 | 0 |
| 09/30/2016 | $3,385.84 | $0.00 | 0 |
| 10/01/2016 | $3,385.84 | $0.00 | 0 |
| 10/02/2016 | $3,385.84 | $0.00 | 0 |
| 10/03/2016 | $3,382.45 | $0.00 | 0 |
| 10/04/2016 | $3,382.45 | $0.00 | 0 |
| 10/05/2016 | $3,382.45 | $0.00 | 0 |
| 10/06/2016 | $3,382.45 | $0.00 | 0 |
| 10/07/2016 | $3,382.45 | $0.00 | 0 |
| 10/08/2016 | $3,382.45 | $0.00 | 0 |
| 10/09/2016 | $3,382.45 | $0.00 | 0 |
| 10/10/2016 | $3,382.45 | $0.00 | 0 |
| 10/11/2016 | $3,382.45 | $0.00 | 0 |
| 10/12/2016 | $3,382.45 | $0.00 | 0 |
| 10/13/2016 | $3,382.45 | $0.00 | 0 |
| 10/14/2016 | $3,382.45 | $0.00 | 0 |
| 10/15/2016 | $3,382.45 | $0.00 | 0 |
| 10/16/2016 | $3,382.45 | $0.00 | 0 |
| 10/17/2016 | $3,382.45 | $0.00 | 0 |
| 10/18/2016 | $3,382.45 | $0.00 | 0 |
| 10/19/2016 | $3,382.45 | $0.00 | 0 |
| 10/20/2016 | $3,239.74 | $0.00 | 0 |
| 10/21/2016 | $3,155.86 | $0.00 | 0 |
| 10/22/2016 | $3,155.86 | $0.00 | 0 |
| 10/23/2016 | $3,155.86 | $0.00 | 0 |
| 10/24/2016 | $3,155.86 | $0.00 | 0 |
| 10/25/2016 | $3,149.96 | $0.00 | 0 |

## Financial Certificates

### 0070907 - MILLER, CLIFFORD W

| Date | Daily Balance | Daily Deposit | Number Of Deposit |
|---|---|---|---|
| 10/26/2016 | $3,146.36 | $0.00 | 0 |
| 10/27/2016 | $3,146.36 | $0.00 | 0 |
| 10/28/2016 | $3,546.36 | $400.00 | 1 |
| 10/29/2016 | $3,546.36 | $0.00 | 0 |
| 10/30/2016 | $3,546.36 | $0.00 | 0 |
| 10/31/2016 | $3,278.61 | $0.00 | 0 |
| 11/01/2016 | $3,278.61 | $0.00 | 0 |
| 11/02/2016 | $3,207.61 | $0.00 | 0 |
| 11/03/2016 | $3,228.96 | $21.35 | 2 |
| 11/04/2016 | $3,219.79 | $0.00 | 0 |
| 11/05/2016 | $3,219.79 | $0.00 | 0 |
| 11/06/2016 | $3,219.79 | $0.00 | 0 |
| 11/07/2016 | $3,216.25 | $0.00 | 0 |
| 11/08/2016 | $3,216.25 | $0.00 | 0 |
| 11/09/2016 | $3,216.25 | $0.00 | 0 |
| 11/10/2016 | $3,126.95 | $0.00 | 0 |
| 11/11/2016 | $3,126.95 | $0.00 | 0 |
| 11/12/2016 | $3,126.95 | $0.00 | 0 |
| 11/13/2016 | $3,126.95 | $0.00 | 0 |
| 11/14/2016 | $3,123.25 | $0.00 | 0 |
| 11/15/2016 | $3,083.25 | $0.00 | 0 |
| 11/16/2016 | $3,066.25 | $0.00 | 0 |
| 11/17/2016 | $3,063.76 | $0.00 | 0 |
| 11/18/2016 | $3,050.15 | $0.00 | 0 |
| 11/19/2016 | $3,046.90 | $400.00 | 1 |
| 11/20/2016 | $3,046.90 | $0.00 | 0 |
| 11/21/2016 | $3,046.90 | $0.00 | 0 |
| 11/22/2016 | $3,043.65 | $0.00 | 0 |
| 11/23/2016 | $3,043.65 | $0.00 | 0 |
| 11/24/2016 | $3,043.65 | $0.00 | 0 |
| 11/25/2016 | $3,043.65 | $0.00 | 0 |
| 11/26/2016 | $3,043.65 | $0.00 | 0 |
| 11/27/2016 | $3,043.65 | $0.00 | 0 |
| 11/28/2016 | $3,043.65 | $0.00 | 0 |
| 11/29/2016 | $3,043.65 | $0.00 | 0 |
| 11/30/2016 | $3,043.65 | $0.00 | 0 |
| 12/01/2016 | $3,043.65 | $0.00 | 0 |
| 12/02/2016 | $3,043.65 | $0.00 | 0 |
| 12/03/2016 | $3,043.65 | $0.00 | 0 |
| 12/04/2016 | $3,043.65 | $0.00 | 0 |
| 12/05/2016 | $3,043.65 | $0.00 | 0 |
| 12/06/2016 | $3,043.65 | $0.00 | 0 |
| 12/07/2016 | $3,043.65 | $0.00 | 0 |
| 12/08/2016 | $3,043.65 | $0.00 | 0 |
| 12/09/2016 | $3,043.65 | $0.00 | 0 |
| 12/10/2016 | $3,043.65 | $0.00 | 0 |
| 12/11/2016 | $3,043.65 | $0.00 | 0 |
| 12/12/2016 | $3,043.65 | $0.00 | 0 |
| 12/13/2016 | $3,043.65 | $0.00 | 0 |

## Financial Certificates

### 0070907 - MILLER, CLIFFORD W

| Date | Daily Balance | Daily Deposit | Number Of Deposit |
|---|---|---|---|
| 12/14/2016 | $3,043.65 | $0.00 | 0 |
| 12/15/2016 | $3,043.65 | $0.00 | 0 |
| 12/16/2016 | $3,043.65 | $0.00 | 0 |
| 12/17/2016 | $3,043.65 | $0.00 | 0 |
| 12/18/2016 | $3,043.65 | $0.00 | 0 |
| 12/19/2016 | $3,043.65 | $0.00 | 0 |
| 12/20/2016 | $3,043.65 | $0.00 | 0 |
| 12/21/2016 | $3,043.65 | $0.00 | 0 |
| 12/22/2016 | $3,443.65 | $400.00 | 1 |
| 12/23/2016 | $3,443.65 | $0.00 | 0 |
| 12/24/2016 | $3,443.65 | $0.00 | 0 |
| 12/25/2016 | $3,443.65 | $0.00 | 0 |
| 12/26/2016 | $3,443.65 | $0.00 | 0 |
| 12/27/2016 | $3,431.60 | $0.00 | 0 |
| 12/28/2016 | $3,431.60 | $0.00 | 0 |
| 12/29/2016 | $3,431.60 | $0.00 | 0 |
| 12/30/2016 | $3,431.60 | $0.00 | 0 |
| 12/31/2016 | $3,431.60 | $0.00 | 0 |
| 01/01/2017 | $3,431.60 | $0.00 | 0 |
| 01/02/2017 | $3,431.60 | $0.00 | 0 |
| 01/03/2017 | $3,430.74 | $0.00 | 0 |
| 01/04/2017 | $3,430.74 | $0.00 | 0 |
| 01/05/2017 | $3,374.26 | $0.00 | 0 |
| 01/06/2017 | $3,374.26 | $0.00 | 0 |
| 01/07/2017 | $3,374.26 | $0.00 | 0 |
| 01/08/2017 | $3,374.26 | $0.00 | 0 |
| 01/09/2017 | $3,374.26 | $0.00 | 0 |
| 01/10/2017 | $3,277.06 | $0.00 | 0 |
| 01/11/2017 | $3,277.06 | $0.00 | 0 |
| 01/12/2017 | $3,277.06 | $0.00 | 0 |
| 01/13/2017 | $3,277.06 | $0.00 | 0 |
| 01/14/2017 | $3,277.06 | $0.00 | 0 |
| 01/15/2017 | $3,277.06 | $0.00 | 0 |
| 01/16/2017 | $3,277.06 | $0.00 | 0 |
| 01/17/2017 | $3,277.06 | $0.00 | 0 |
| 01/18/2017 | $3,269.06 | $0.00 | 0 |
| 01/19/2017 | $3,269.06 | $0.00 | 0 |

| Start Date | End Date | Total Daily Balances | Number Of Days | Average Monthly Balances |
|---|---|---|---|---|
| 07/20/2016 | 08/19/2016 | $123,362.19 | 31 | $3,979.43 |
| 08/20/2016 | 09/19/2016 | $115,203.48 | 31 | $3,716.24 |
| 09/20/2016 | 10/19/2016 | $103,466.07 | 30 | $3,448.87 |
| 10/20/2016 | 11/19/2016 | $99,188.21 | 31 | $3,199.62 |
| 11/20/2016 | 12/19/2016 | $91,316.00 | 30 | $3,043.87 |
| 12/20/2016 | 01/19/2017 | $103,814.13 | 31 | $3,348.84 |

| Start Date | End Date | Total Deposits | Number Of Deposits | Average Monthly Deposits |
|---|---|---|---|---|
| 07/20/2016 | 08/19/2016 | $400.00 | 1 | $400.00 |
| 08/20/2016 | 09/19/2016 | $400.00 | 1 | $400.00 |
| 09/20/2016 | 10/19/2016 | $400.00 | 1 | $400.00 |

# Financial Certificates
## 0070907 - MILLER, CLIFFORD W

| Start Date | End Date | Total Deposits | Number Of Deposits | Average Monthly Deposits |
|---|---|---|---|---|
| 10/20/2016 | 11/19/2016 | $821.35 | 4 | $205.34 |
| 12/20/2016 | 01/19/2017 | $400.00 | 1 | $400.00 |

**Current Account Balance:** 1/19/2017  $3,269.06

**Average Monthly Balance:**  $3,456.14

**Average Monthly Deposits:**  $403.56

**Average Total Monthly Deposit:**  $300.89

```
3,456.14×
    20.%K
  691.23*+
```