1  AARON D. FORD
     Attorney General
2  DOUGLAS R. RANDS, Bar No. 3572
     Senior Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, Nevada 89701-4717
5  Tel: (775) 684-1150
   E-mail: drands@ag.nv.gov

*Attorneys for Defendant*
*Romeo Aranas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLIFFORD W. MILLER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ROMEO ARANAS, et al.,<br><br>　　　　　　Defendants. | Case No. 3:17-cv-00068-MMD-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION (ECF NO. 38)** |

　　　Plaintiff, Clifford W. Miller, by and through counsel, Terri Keyser-Cooper, Esq. and Defendant Romeo Aranas, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree that the time for Defendants to file a response to Plaintiff's Motion for Preliminary Injunction, ECF No. 38, shall be extended two weeks, until December 17, 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

The purpose of the Stipulation is to allow the defendant additional time to evaluate the Motion, and discuss possible resolutions of this claim. Due to the holiday season, and Counsel's schedule, it has not been possible responds to this matter by the due date of December 3, 2019. Therefore, the parties stipulate and request an additional 14 days, or until December 17, 2019 until the response is due.

DATED this 9th day of December, 2019.    DATED this 9th day of December, 2019.

AARON D. FORD
Attorney General

By: __/s/ Terri Keyser-Cooper__
    Terri Keyser-Cooper, Esq.
    Law Offices of Terri Keyser-Cooper
    1130 Wakefield Trail
    Reno, Nevada 89532
   *Attorney for Plaintiff*

By: ___/s/ Douglas R. Rands___
    DOUGLAS R. RANDS, Bar No. 3572
    Senior Deputy Attorney General
    *Attorneys for Defendants*

**IT IS SO ORDERED:**

*William G. Cobb*
**U.S. MAGISTRATE JUDGE**

**DATED**: December 10, 2019