| | |
|---|---|
| 1 | AARON D. FORD |
|   |   Attorney General |
| 2 | DOUGLAS R. RANDS, Bar No. 3572 |
|   |   Senior Deputy Attorney General |
| 3 | State of Nevada |
|   | Public Safety Division |
| 4 | 100 N. Carson Street |
|   | Carson City, Nevada 89701-4717 |
| 5 | Tel: (775) 684-1150 |
|   | E-mail: drands@ag.nv.gov |

*Attorneys for Defendant
Romeo Aranas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| CLIFFORD W. MILLER, | Case No. 3:17-cv-00068-MMD-WGC |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION (ECF NO. 38) (Second Request)** |
| v. | |
| ROMEO ARANAS, et al., | |
| Defendants. | |

    Plaintiff, Clifford W. Miller, by and through counsel, Terri Keyser-Cooper, Esq. and Defendant Romeo Aranas, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree that the time for Defendants to file a response to Plaintiff's Motion for Preliminary Injunction, ECF No. 38, shall be extended two weeks, until January 2, 2020.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

| | |
|---|---|
| 1 | The purpose of the Stipulation is to allow the defendant additional time to evaluate the Motion, |
| 2 | and discuss possible resolutions of this claim.  Due to the holiday season, and Counsel's schedule, it has |
| 3 | not been possible responds to this matter by the due date of December 17, 2019.  Additionally, Counsel for |
| 4 | the Defendant has been ill, and unable to complete the negotiations required to investigate the possibility |
| 5 | of resolution.  Therefore, the parties stipulate and request an additional two weeks, or until January 2, 2020 |
| 6 | until the response is due. |

DATED this 17th day of December, 2019.

AARON D. FORD
Attorney General

By: __/s/ Terri Keyser-Cooper_____
    Terri Keyser-Cooper, Esq.
    Law Offices of Terri Keyser-Cooper
    1130 Wakefield Trail
    Reno, Nevada  89532
    *Attorney for Plaintiff*

By: ___/s/ Douglas R. Rands_____
    DOUGLAS R. RANDS, Bar No. 3572
    Senior Deputy Attorney General
    *Attorneys for Defendants*

**IT IS SO ORDERED:**

*William G. Cobb*
_____
**U.S. MAGISTRATE JUDGE**

**DATED**: _December 18, 2019_