TERRI KEYSER-COOPER
Law Office of Terri Keyser-Cooper
1130 Wakefield Trail
Reno, NV 89523
Nevada Bar #3984
(775) 337-0323
Keysercoooper@lawyer.com
*Attorney for Plaintiff Clifford Miller*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLIFFORD W. MILLER, | Case No. 3:17-cv-00068-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (ECF NO. 45)** |
| v. | |
| ROMEO ARANAS, et al. | |
| Defendants. | |
| _____/ | (First Request) |

    Plaintiff, Clifford W. Miller, by and through counsel, Terri Keyser-Cooper, and Defendant Romeo Aranas and the Nevada Department of Corrections, by and through counsel Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree that the time for Plaintiff to file a Reply to Defendant's Opposition to Plaintiff's Motion For Preliminary Injunction, ECF No 45, shall be extended three weeks, until January 30, 2020.

    The purpose of the Stipulation is to allow the Plaintiff additional time as Plaintiff's counsel must be out of state during January and has many motions, oppositions, and oral arguments to prepare for in addition to two additional cases that must be filed before an early February deadline.

Due to the recent holiday season, unexpected filings by opposing counsel in other cases, and Counsel's schedule, it will not be possible to respond by the deadline of January 9, 2020. Therefore the parties stipulate and request that the date for Plaintiff to file his Reply will be January 30, 2020. This stipulation is entered into in good faith.

Dated this 4th<sup>th</sup> day of January 2020

LAW OFFICE OF TERRI KEYSER-COOPER

By: /s/ Terri Keyser-Cooper
TERRI KEYSER-COOPER
*Attorney for Plaintiff Clifford Miller*

By: /s/Terri Keyser-Cooper
Terri Keyser-Cooper
Law Office of Terri Keyser-Cooper
1130 Wakefield Trail
Reno, NV 89523
*Attorney for Plaintiff*

By: /s/ Douglas R. Rands
Douglas R. Rands
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED:**

**U.S. MAGISTRATE JUDGE**

**DATED:** January 6, 2020

2