1  AARON D. FORD
     Attorney General
2  DOUGLAS R. RANDS, Bar No. 3572
     Senior Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, Nevada 89701-4717
5  Tel: (775) 684-1150
   E-mail: drands@ag.nv.gov

6
   *Attorneys for Defendant*
7  *Romeo Aranas*

8                    **UNITED STATES DISTRICT COURT**

9                           **DISTRICT OF NEVADA**

10  CLIFFORD W. MILLER,

11                           Plaintiff,            Case No.  3:17-cv-00068-MMD-WGC

12  v.                                             **STIPULATION AND ORDER FOR
                                                   EXTENSION OF TIME TO FILE
13  ROMEO ARANAS, et al.,                          RESPONSE TO PLAINTIFF'S PARTIAL
                                                   MOTION FOR SUMMARY JUDGMENT**
14                           Defendants.

15          Defendant, Romeo Aranas, by and through counsel, Aaron D. Ford, Attorney General of the

16  State of Nevada, and Douglas R. Rands, Deputy Attorney General, hereby stipulate and agree, that the

17  time for Defendant to Respond to Plaintiff's Partial Motion for Summary Judgment, ECF No 51, shall

18  be extended one week, until February 27, 2020.

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

                                                 1

This Stipulation for an Extension of Time to Respond to Plaintiff's Partial Motion for Summary Judgment is executed pursuant to the agreement of the parties to allow additional time to properly respond to the motion and due to the calendar of defense counsel. Accordingly, the parties assert that the requisite good cause is present to justify extension pursuant to FED. R. CIV. P. 6(b)(1). Therefore, the parties stipulate and request that the date for Defendant to file his Response will be February 27, 2020. This stipulation is entered into in good faith.

* * *

DATED this 20th day of February, 2020.          DATED this 20th day of February, 2020.

LAW OFFICE OF TERRI KEYSER-COOPER          AARON D. FORD
                                           Attorney General


By:    /s/ Terri Keyser-Cooper             By:    /s/ Douglas R. Rands
       Terri Keyser-Cooper                        Douglas R. Rands
       Law Office of Terri Keyser-Cooper          Senior Deputy Attorney General
       1130 Wakefield Trail                       *Attorneys for Defendant*
       Reno, NV 89523
       *Attorney for Plaintiff*


IT IS SO ORDERED.

DATED: February 21, 2020.

William G. Cobb
UNITED STATES MAGISTRATE JUDGE