TERRI KEYSER-COOPER
Law Office of Terri Keyser-Cooper
1130 Wakefield Trail
Reno, NV 89523
Nevada Bar #3984
(775) 337-0323
Keysercoooper@lawyer.com
*Attorney for Plaintiff Clifford Miller*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLIFFORD W. MILLER, | Case No. 3:17-cv-00068-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR PLAINTIFF TO EXTEND TIME TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND FOR DEFENDANTS TO RESPOND TO DISCOVERY** |
| v. | |
| ROMEO ARANAS, et al. | |
| Defendants. | |
| _____/ | (First Request) |

Plaintiff, Clifford W. Miller, by and through counsel, Terri Keyser-Cooper, and Defendant Romeo Aranas and the Nevada Department of Corrections, by and through counsel Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree that the time for Plaintiff to file a Reply to Defendant's Opposition to Plaintiff's Motion For Leave to Amend, ECF No. 61, shall be extended two weeks. The Reply is currently due on April 6, 2020, the new deadline will be April 20, 2020. Defendants now have outstanding discovery due to Plaintiff which is due on or about April 6th. The parties agree that Defendants shall have up to and including April 20, 2020, to tender the discovery responses.

The purpose of the Stipulation is to allow the Plaintiff additional time as Plaintiff's counsel

has two emergency motions that require immediate attention and a brief in another case which is approaching the statute of limitations. Due to these time restrains and unexpected filings by opposing counsel in other cases, and counsels' schedule, it will not be possible for the parties to meet the current deadlines. Therefore the parties stipulate and request that the date for Plaintiff to file his Reply will be April 20, 2020 and the date for Defendant to respond to discovery will be April 20, 2020. This stipulation is entered into in good faith.

Dated this 31th day of March 2020

                                  LAW OFFICE OF TERRI KEYSER-COOPER

                                  By:    /s/ Terri Keyser-Cooper
                                          TERRI KEYSER-COOPER
                                          *Attorney for Plaintiff Clifford Miller*

By: /s/Terri Keyser-Cooper                     By: /s/ Douglas R. Rands
    Terri Keyser-Cooper                               Douglas R. Rands
    Law Office of Terri Keyser-Cooper           Senior Deputy Attorney General
    1130 Wakefield Trail                              *Attorneys for Defendants*
    Reno, NV 89523
    *Attorney for Plaintiff*

                                  **IT IS SO ORDERED:**

                                  *William G. Cobb*
                                  **U.S. MAGISTRATE JUDGE**

                                  **DATED: April 1, 2020.**