1  AARON D. FORD
   Attorney General
2  DOUGLAS R. RANDS, Bar No. 3572
   Senior Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, Nevada 89701-4717
5  Tel: (775) 684-1150
   E-mail: drands@ag.nv.gov
6
   *Attorneys for Defendant*
7  *Romeo Aranas*

8                    **UNITED STATES DISTRICT COURT**

9                           **DISTRICT OF NEVADA**

10 | CLIFFORD W. MILLER,

11 |                Plaintiff,                Case No. 3:17-cv-00068-MMD-WGC

12 | v.                                       **REQUEST AND STIPULATION
                                              FOR EXTENSION OF TIME
                                              TO FILE SUPPLEMENTAL RESPONSES**
13 | ROMEO ARANAS, et al.,                    **TO MOTION FOR SUMMARY
                                              JUDGMENT**
14 |                Defendants.

15         Plaintiff CLIFFORD W. MILLER, and Defendants ROMEO ARANAS, et. al, by and through their

16 respective counsel, hereby stipulate and request that this Court grant an extension of time for the parties to

17 supplement their pleadings on Plaintiff's Motion for Partial Summary Judgment (ECF No 51). The parties

18 have been discussing the possibility of a settlement conference, and request a one week extension to file

19 supplementary responses. This Court ordered Defendants to file a supplementary response by June 12, 2020.

20 The Parties request that deadline be extended to **June 18, 2020,** with the Plaintiff's reply due, **July 5, 2020.**

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1

This extension is to allow the parties to explore settlement possibilities and not for the purpose of delay. The parties respectfully request this Court adjust the deadlines as set forth above, **June 18, 2020** for Defendants' supplemental response, and **July 5, 2020** for Plaintiff's reply.

DATED this 12th day of June, 2020                    DATED this 12th day of June, 2020

By: */s/ Terri Keyser-Cooper*                             AARON D. FORD
Terri Keyser-Cooper                                       Attorney General
Law Office of Terri Keyser-Cooper
1130 Wakefield Trail
Reno, NV 89523                                            By: */s/ Douglas R. Rands*
*Attorney for Plaintiff*                                       DOUGLAS R. RANDS, Bar No. 3572
                                                              Senior Deputy Attorney General
                                                              *Attorneys for Defendant*

**IT IS SO ORDERED**

_William G. Cobb_
**U.S. MAGISTRATE JUDGE**

**DATED: July 15, 2020**

2