TERRI KEYSER-COOPER
Law Office of Terri Keyser-Cooper
1130 Wakefield Trail
Reno, NV 89523
Nevada Bar #3984
(775) 337-0323
Keysercoooper@lawyer.com
*Attorney for Plaintiff Clifford Miller*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLIFFORD W. MILLER, | Case No. 3:17-cv-00068-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR PLAINTIFF TO APPEAR AT SETTLEMENT CONFERENCE TO BE HELD OCTOBER 15, 2020 AT 9:00 A.M.** |
| v. | **(First Request)** |
| ROMEO ARANAS, et al. | |
| Defendants. | |

Plaintiff, Clifford W. Miller, by and through counsel, Terri Keyser-Cooper, and Defendant Romeo Aranas and the Nevada Department of Corrections, by and through counsel Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree that it would be helpful to settle the case for Plaintiff to be physically present at the Settlement Conference to be held October 15, 2020 at 9:00 A.M. The case presents several complex areas and counsel believes it will be easier for Plaintiff Miller to understand the issues if he is physically present and able to personally confer with the settlement judge, the Hon. Magistrate Judge Robert A. McQuaid, Jr. as well as counsel.

The parties have discussed settlement and agree that if the case does not resolve, the Court will be

faced with deciding Miller's three pending motions for partial summary judgment and a trial will be likely.

Accordingly, the parties request that the Court issue an Order to transfer Miller on October 15, 2020 from the Warm Springs Correctional Center in Carson City, Nevada where he is currently housed to the Federal Courthouse in Reno at 400 S. Virginia, Reno, NV so that he may be present and able to participate in the proceedings at 9:00 A.M.

This stipulation is entered into in good faith.

Dated this 14 thth day of September 2020

LAW OFFICE OF TERRI KEYSER-COOPER

By:   /s/ Terri Keyser-Cooper
      TERRI KEYSER-COOPER
      *Attorney for Plaintiff Clifford Miller*

By: /s/Terri Keyser-Cooper                           By:  /s/ Douglas R. Rands
    Terri Keyser-Cooper                                   Douglas R. Rands
    Law Office of Terri Keyser-Cooper                     Senior Deputy Attorney General
    1130 Wakefield Trail                                  *Attorneys for Defendants*
    Reno, NV 89523
    *Attorney for Plaintiff*

**IT IS SO ORDERED:**

_____William G. Cobb_____
**U.S. MAGISTRATE JUDGE**

**DATED: September 14, 2020**

2