AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail:  drands@ag.nv.gov

*Attorneys for Defendant*
*Romeo Aranas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CLIFFORD W. MILLER,<br><br>                Plaintiff,<br><br>v.<br><br>ROMEO ARANAS, et al.,<br><br>                Defendants. | Case No.  3:17-cv-00068-MMD-CSD<br><br>**REQUEST AND STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES** |

      Plaintiff CLIFFORD W. MILLER, and Defendants ROMEO ARANAS, et. al, by and through their respective counsel, hereby stipulate and request that this Court grant an extension of time for the defendants to file their response to Plaintiff's Motion for Attorney's fees (ECF No 139).  Counsel for the Defendants has multiple jury trials to be conducted in the next several weeks.  Therefore, the Parties have agreed that the Defendants may have an additional 30 days to respond to the Motion for Attorney's fees.  The Parties request that deadline be extended to **May 12, 2022.**

///
///
///
///
///
///
///
///

1

This extension is to allow the Defendants' Counsel to complete the jury trials and provide an appropriate response, and not for the purpose of delay. The parties respectfully request this Court adjust the deadlines as set forth above, **May 12, 2022** for Defendants' response to Plaintiff's motion.

DATED this 13th day of April, 2022

TERRI KEYSER-COOPER
Law Office of Terri Keyser-Cooper
2395 Viejo Place
Lake Havasu City, AZ 86406

PETER C. WETHERALL
Wetherall Group, Ltd.
9345 West Sunset Road, Suite 100
Las Vegas, NV 89148

DIANE K. VAILLANCOURT
Law Office of Diane K. Vaillancourt
849 Almar Ave., Ste. C403
Santa Cruz, CA 95060


By:  /s/ Terri Keyser-Cooper
      TERRI KEYSER-COOPER, No. 3984

    *Attorneys for Plaintiff*

DATED this 13th day of April, 2022

AARON D. FORD
Attorney General


By:  /s/ Douglas R. Rands
      DOUGLAS R. RANDS No. 3572
      Senior Deputy Attorney General

    *Attorneys for Defendants*


It is so ordered.

dated:  April 13, 2022

_____
U.S. District Judge

2

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 13th day of April, 2022, I caused to be served a copy of the foregoing, **REQUEST AND STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**, by U.S. District Court CM/ECF Electronic Filing to:

Terri Keyser-Cooper
2395 Viejo Place
Lake Havasu City, AZ 86406
keysercooper@lawyer.com

Diane K. Vaillancourt
Law Office of Diane K. Vaillancourt
849 Almar Ave., Ste. C403
Santa Cruz, CA 95060
vaillancourt@cruzio.com

Peter C. Wetherall, Esq.
9345 West Sunset Road, Suite 100
Las Vegas, NV 89148
pwetherall@weatherallgroup.com

                                          */s/ Roberta W. Bibee*
                                          An employee of the
                                          Office of the Attorney General