AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendant*
*Romeo Aranas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLIFFORD W. MILLER,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ROMEO ARANAS, et al.,<br><br>　　　　　　　　Defendants. | Case No.  3:17-cv-00068-MMD-CSD<br><br>**REQUEST AND STIPULATION<br>FOR EXTENSION OF TIME<br>TO FILE RESPONSE TO PLAINTIFF'S<br>MOTION FOR ATTORNEY'S FEES**<br>**(Second Request)** |

　　　　Plaintiff CLIFFORD W. MILLER, and Defendants ROMEO ARANAS, et. al, by and through their respective counsel, hereby stipulate and request that this Court grant an extension of time for the defendants to file their response to Plaintiff's Motion for Attorney's fees (ECF No 139).  Counsel for the Defendants has completed multiple jury trials and is attempting to complete multiple motions for summary judgment on unrelated matters.  Therefore, the Parties have agreed that the Defendants may have an additional 6 days to respond to the Motion for Attorney's fees.  The Parties request that deadline be extended to **May 18, 2022.**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  This extension is to allow the Defendants' Counsel to recover from the jury trials and provide an
2  appropriate response, and not for the purpose of delay.  The parties respectfully request this Court adjust
3  the deadlines as set forth above, **May 18, 2022** for Defendants' response to Plaintiff's motion.

DATED this 12th day of May, 2022   DATED this 12th day of May, 2022

By: /s/ Terri Keyser-Cooper   AARON D. FORD
Terri Keyser-Cooper   Attorney General
Law Office of Terri Keyser-Cooper
1130 Wakefield Trail
Reno, NV 89523   By:  /s/ Douglas R. Rands
*Attorney for Plaintiff*   DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

**DATED** May 13, 2022

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 12th day of May, 2022, I caused to be served a copy of the foregoing, **REQUEST AND STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES** (Second Request), by U.S. District Court CM/ECF Electronic Filing to:

Terri Keyser-Cooper
2395 Viejo Place
Lake Havasu City, AZ 86406
keysercooper@lawyer.com

Diane K. Vaillancourt
Law Office of Diane K. Vaillancourt
849 Almar Ave., Ste. C403
Santa Cruz, CA 95060
vaillancourt@cruzio.com

Peter C. Wetherall, Esq.
9345 West Sunset Road, Suite 100
Las Vegas, NV 89148
pwetherall@weatherallgroup.com

/s/ Connie L. Fondi
An employee of the
Office of the Attorney General