AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

CLIFFORD W. MILLER,

         Plaintiff,

v.

ROMEO ARANAS, *et al.*,

         Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  3:17-cv-00068-MMD-CSD

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X    **Decision by Court.**  A Motion for Attorney Fees and Costs in this action came for consideration before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED** that the Motion for Attorney Fees and Costs (ECF No. 139, errata 140-1) is **granted in part and denied in part**.

      **It is further ordered that Plaintiff is entitled to attorneys' fees in the amount of $560,587.50.** The amount is divided as follows: $449,872.50 for Terri Keyser-Cooper, $98,560.00 for Diane Vaillancourt, and $12,155.00 for Peter Wetherall.

      **It is further ordered that Plaintiff is entitled to costs in the amount of $1,948.12**, with $1,518.22 for Terri Keyser-Cooper and $429.90 for Clifford Miller.

      The Clerk of Court is directed to enter judgment in favor of Plaintiff to reflect the amount of attorneys' fees and costs identified above.



Date: July 15, 2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*