```
AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail:  drands@ag.nv.gov
```

*Attorneys for Defendant*
*Romeo Aranas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLIFFORD W. MILLER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROMEO ARANAS, et al.,<br><br>　　　　　Defendants. | Case No.  3:17-cv-00068-MMD-CSD<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendant, Romeo Aranas, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Douglas R. Rands, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, pursuant to FED. R. APP. P. 3(a)(1), FED. R. APP. P. 4(a) & 4(a)(1)(A), 9th CIR. R. 3–1 and 28 U.S.C. § 1291(a)(1), hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's July 15, 2022 Order granting in part and denying in part Plaintiff's Motion for Attorney Fees (ECF No. 148) and the Judgment regarding the Order, wherein the Court awarded attorney fees and costs in the amount of $560,587.50. ECF No. 148 at 10:8-9; ECF No. 149 at 1. Because this Notice of Appeal is being filed within thirty (30) days of the Order and Judgment, this appeal has been timely brought.

///

///

///

1    The required Representation Statement pursuant to 9th CIR. R. 3–2(b) is
2  attached hereto.
3    DATED this 10th day of August, 2022.

                                        AARON D. FORD
                                        Attorney General

                                    By:   /s/ Douglas R. Rands
                                        DOUGLAS R. RANDS, Bar No. 3572
                                        Senior Deputy Attorney General

                                        *Attorneys for Defendant*

## REPRESENTATION STATEMENT

Pursuant to FED. R. APP. P 12(a) & (b) and 9TH CIR. R. 3–2, Defendant Romeo Aranas notes that the following individuals are the parties and counsel in this matter:

The parties to this action are:

Plaintiff-Appellee, Clifford W. Miller, represented by:

Terri Keyser-Cooper
2395 Viejo Place
Lake Havasu City, AZ 86406
keysercooper@lawyer.com
775.337.0323

Diane K. Vaillancourt
Law Office of Diane K. Vaillancourt
849 Almar Ave., Ste. C403
Santa Cruz, CA 95060
vaillancourt@cruzio.com

Peter C. Wetherall, Esq.
9345 West Sunset Road, Suite 100
Las Vegas, NV 89148
pwetherall@weatherallgroup.com


Defendant–Appellant, Romeo Aranas, represented by:
Douglas R. Rands (Nevada Bar No. 3572)
Office of Attorney General
100 N. Carson Street
Carson City, NV 89701-4717
Email: drands@ag.nv.gov
775.684.1150

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 10th day of August, 2022, I caused to be served a copy of the foregoing, **NOTICE OF APPEAL**, by U.S. District Court CM/ECF Electronic Filing to:

Terri Keyser-Cooper
2395 Viejo Place
Lake Havasu City, AZ 86406
keysercooper@lawyer.com

Diane K. Vaillancourt
Law Office of Diane K. Vaillancourt
849 Almar Ave., Ste. C403
Santa Cruz, CA 95060
vaillancourt@cruzio.com

Peter C. Wetherall, Esq.
9345 West Sunset Road, Suite 100
Las Vegas, NV 89148
pwetherall@weatherallgroup.com

                               /s/ Roberta W. Bibee
                               An employee of the
                               Office of the Attorney General