TERRI KEYSER-COOPER, NV Bar 3984
DIANE K. VAILLANCOURT, NV Bar 9277
PETER C. WETHERALL, NV Bar 4414
c/o Law Office of Terri Keyser-Cooper
2395 Viejo Place
Lake Havasu City, AZ 86406
(775) 337-0323
keysercooper@lawyer.com
vaillancourt@cruzio.com
pwetherall@wetherallgroup.com

*Attorneys for Plaintiff Clifford W. Miller*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CLIFFORD W. MILLER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROMEO ARANAS, et al.,<br><br>　　　　Defendants. | Case No. 3:17-cv-00068-MMD-CSD<br><br>**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT FOR COSTS AND ATTORNEYS' FEES** |

　　　　On July 15, 2022, the Court entered judgment in favor of Plaintiff Clifford W. Miller (Plaintiff) and against Defendants Romeo Aranas and the Nevada Department of Corrections (Defendants) for costs in the amount of $1,948.12 and attorneys' fees in the amount of $560,587.50. Following an appeal, Defendants disputed the amount of the award. Plaintiff and Defendants thereafter agreed to settle the dispute for costs in the amount of $1,948.12 and attorneys' fees in the amount of $463,597.12. Plaintiff, through counsel, hereby acknowledges receipt of payment of the settlement amount in full, and releases Defendants from said judgment.

　　　　DATED this 18th day of January 2023.

　　　　　　　　　　　　　　　　　　By  /s/ Terri Keyser-Cooper
　　　　　　　　　　　　　　　　　　　　TERRI KEYSER-COOPER
　　　　　　　　　　　　　　　　　　　　DIANE K. VAILLANCOURT
　　　　　　　　　　　　　　　　　　　　PETER C. WETHERALL
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Clifford W. Miller

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT FOR COSTS AND ATTORNEYS' FEES was submitted electronically for filing and/or service with the United States District Court on January 17, 2023. Electronic service of the foregoing document shall be made in accordance with the CM/ECF Service List as follows:

>Douglas R. Rands
>Senior Deputy Attorney General
>Attorney for Defendants

DATED: January 18, 2023                         By: /s/ Terri Keyser-Cooper
                                                    TERRI KEYER-COOPER