

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 18 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CLIFFORD W. MILLER, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> ROMEO ARANAS, <br><br> Defendant-Appellant, <br><br> and <br><br> PATRICIA M. SMITH; et al., <br><br> Defendants. | No.   22-16207 <br><br> D.C. No. 3:17-cv-00068-MMD-CSD <br> District of Nevada, <br> Reno <br><br> ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 16), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Stephen M. Liacouras
Chief Circuit Mediator